**IN THE UNITED STATES DISTRICT COURT IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

MIGUEL GARCIA-BARAHONA,                     CASE NO. _____
Plaintiff,                                  JURY TRIAL DEMANDED

vs.

THE EATON AT HAMPTONS WEST
CONDOMINIUM ASSOCIATION, INC.,
Defendants.

_____/

## COMPLAINT

Plaintiff Miguel Garcia-Barahona, by and through undersigned counsel, files this complaint against Defendant The Eaton at Hamptons West Condominium Association, Inc., alleging as follows:

### Jurisdiction

1.      This is a lawsuit for housing discrimination in violation of 42 U.S.C. §3601 et seq, and this Honorable Court has subject matter jurisdiction.

### Parties

2.      Plaintiff Miguel Garcia-Barahona (hereafter "Garcia" or "Plaintiff") is a natural person and resident of Miami-Dade County, Florida, who currently resides at 325 NE 2nd Street, Apartment 5, Hallandale Beach, FL 33009.

3.      Defendant The Eaton at Hamptons West Condominium Association, Inc. (hereafter "Hamptons West" or "Defendant") is a Florida Corporation and condominium association conducting business throughout Broward County, and whose principal place of business is located at 20281 East Country Club Drive, Aventura, FL 33180.

1

**Facts**

4.      On four separation occasions, to wit September 26, 2014; December 16, 2014; May 14, 2015; and July 16, 2015 Garcia applied for residency with Hamptons West in Broward County.  Garcia qualified for a special discount program through HUD and was approved for a mortgage loan to purchase a residence at the location, with different lenders during the different application periods.

5.      During the first application period, Plaintiff was denied permission by Hamptons West to purchase his residence.   Plaintiff was never given proper reason for the denials despite repeated requests for the same.  The claimed reason for the denial was failure "to meet the board's financial criteria".  However, Garcia had already demonstrated sufficient resources to pay for any association dues, and had a sterling credit score of 714.

6.      Garcia submitted a complete application to both Hamptons West and Caliber Home Loans, Inc. that included proof of income and his credit report.

7.      After the initial application was rejected by Hamptons West, Garcia attempted to reapply three additional times.  However, the lender required a higher down payment for those three applications compared to the first application.  As a result, Garcia was unable to afford the down payment and was never able to purchase the home.

8.      Because Garcia's initial application was denied and he was never able to purchase the home, Garcia has suffered damages in the amount of the lost equity value he would have gained in the property since the time the residence would have originally been purchased in late 2014.

**Count I- Housing Discrimination Hamptons West Pursuant to 42 U.S.C. §3601 et seq.**

9.      Plaintiff realleges and reincorporates paragraphs 1 through 8 herein.

10.     As a result of the foregoing, Hamptons West committed housing discrimination and violated 42 U.S.C. §3601 et seq.

11.     Specifically, Defendant refused to sell or rent after the making of a bona fide offer, or to refuse to negotiate for the sale or rental of, or otherwise make unavailable or deny, a dwelling to any person because of race, color, religion, sex, familial status, or national origin.

12.     Specifically Defendant discriminated against Plaintiff in the terms, conditions, or privileges of sale or rental of a dwelling, or in the provision of services or facilities in connection therewith, because of race, color, religion, sex, familial status, or national origin.

13.     Specifically, Defendant discriminated against Plaintiff in any other applicable manner delineated by the statute.

WHEREFORE, Plaintiff requests actual damages, punitive damages, attorney's fees, costs of this suit, and such other and further relief as this Honorable Court deems proper.

### Count II- Discrimination Pursuant to 42 U.S.C. §1981 Hamptons West

14.     Plaintiff realleges and reincorporates paragraphs 1 through 8 herein.

15.     As a result of the foregoing, Defendant discriminated against Plaintiff in the making of a residential housing contract under approval of the homeowner's association in violation of 42 U.S.C. §1981.

WHEREFORE, Plaintiff requests actual damages, punitive damages, attorneys' fees, costs of this suit, and such other and further relief as this Honorable Court deems proper.

### Count III- Unfair and Deceptive Trade Practices Hamptons West

14.     Plaintiff realleges and reincorporates paragraphs 1 through 8 herein.

15.     As a result of the foregoing, Caliber and Hamptons West engaged in unfair and deceptive trade practices against Garcia.

WHEREFORE, Plaintiff requests actual damages, attorney's fees, costs of this suit, and such other and further relief as this Honorable Court deems proper.

DATED this 26th day of September, 2016.

Respectfully submitted,

/s/Philip Bartlett_____
Philip Bartlett, Esq.
Florida Bar No. 0045318
Bartlett Legal, PLLC
2 South Biscayne Boulevard
Suite 3760
Miami, FL 33131
(305) 998-7504 (telephone)
(888) 389-2037 (facsimile)
phil@bartlegal.com (e-mail)
Attorney for Defendant,
Miguel Garcia

4